UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT BARBOUR,<br><br>      Plaintiff,<br><br>   vs.<br><br>UNITED STATES OF AMERICA,<br><br>      Defendant. | 1:18-cv-00246-LJO-GSA-PC<br><br>**ORDER DIRECTING THE CLERK'S OFFICE TO ADMINISTRATIVELY RE-DESIGNATE THIS CASE AS A 440 CIVIL ACTION, RANDOMLY REASSIGN MAGISTRATE JUDGE, AND ISSUE ALL APPLICABLE STANDING ORDERS, SCHEDULING ORDERS, AND PROCESS** |

      Scott Barbour ("Plaintiff") is a federal prisoner proceeding *pro se* and *in forma pauperis* with this case. On February 20, 2018, Plaintiff filed the Complaint commencing this action. (ECF No.) The Clerk designated the case as a prisoner civil rights action pursuant to 42 U.S.C. § 1983. Upon further review by the court, it has been determined that the present action is a civil action pursuant to the Federal Tort Claims Act, 28 U.S.C. § 1346(b).

      Accordingly, the Clerk's Office is HEREBY DIRECTED to:

      1.    Re-designate this action as a civil action with nature of suit 440;

      2.    Randomly reassign this case to another Magistrate Judge; and

      3.    Issue all applicable standing orders, scheduling orders, and process.

      Further, the parties shall omit the PC designation from the new case number.

IT IS SO ORDERED.

    Dated:  **February 18, 2019**           **/s/ Gary S. Austin**
                                                       UNITED STATES MAGISTRATE JUDGE