# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT BARBOUR,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　　Defendant. | Case No.  1:18-cv-00246-NONE-BAM (PC)<br><br>ORDER DIRECTING DEFENDANT UNITED STATES OF AMERICA TO FILE RESPONSIVE PLEADING<br><br>**TWENTY-ONE (21) DAY DEADLINE** |

Plaintiff Scott Barbour ("Plaintiff") is a federal prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to the Federal Tort Claims Act, 28 U.S.C. § 1346(b).

On September 2, 2020, the Court granted in part and denied in part Defendant United States of America's motion to dismiss. (ECF No. 33.)  This action now proceeds only on Plaintiff's claim for failure to patrol.  Accordingly, Defendant shall file an answer or other responsive pleading to Plaintiff's first amended complaint within twenty-one (21) days from the date of service of this order.

IT IS SO ORDERED.

Dated:   **September 3, 2020**　　　　　　　/s/ *Barbara A. McAuliffe*　　
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1