# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT BARBOUR,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | Case No. 1:18-cv-00246-JLT-BAM (PC)<br><br>ORDER GRANTING MOTION FOR CONTINUANCE OF DEADLINE TO FILE AMENDED ANSWER OR STATEMENT REGARDING SECOND AMENDED COMPLAINT IN LIGHT OF LAPSE OF APPROPRIATIONS<br><br>(ECF No. 83) |

Plaintiff Scott Barbour ("Plaintiff") is a federal prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to the Federal Tort Claims Act. This action proceeds on Plaintiff's FTCA claim regarding failure to patrol the recreation yard prior to a race riot that occurred at United States Penitentiary Atwater on July 24, 2015. On September 29, 2025, the Court granted Defendant's partial motion to dismiss and denied Defendant's motion for summary judgment. (ECF No. 82.) The Court directed Defendant, pursuant to Federal Rule of Civil Procedure 12(a)(4), to file an amended answer to the second amended complaint or a statement notifying the Corut that Defendant intends to stand on the answer filed on February 11, 2021. (*Id.*) Defendant's amended answer or statement is due on or before October 14, 2025.[1]

Currently before the Court is Defendant's motion for a continuance of its deadline to file an amended answer to Plaintiff's second amended complaint or a statement notifying the Court that Defendant intends to stand on its answer filed on February 11, 2021. (ECF No. 83.)

---

[1] Defendant calculates the response deadline as October 13, 2025. (ECF No. 83 at 1.) However, October 13, 2025, is a federal holiday.

1

In support of the motion, Defendant represents that at the end of the day on September 30, 2025, the appropriations that have been funding the Department of Justice expired and appropriations to the Department lapsed. The Department does not know when funding will be restored by Congress. (*Id.* ¶ 3.) Defendant further represents that "[a]bsent an appropriation or continuing resolution, Department of Justice attorneys, including Assistant United States Attorneys, are prohibited from working, even on a voluntary basis, except in very limited circumstances, including 'emergencies involving the safety of human life or the protection of property.' 31 U.S.C. § 1342." (*Id.* ¶ 4.) Defendant states that exception is not deemed to include most civil cases. (*Id.*) Additionally, the Assistant United States Attorney ("AUSA") defense counsel in this action will be on previously scheduled leave from October 9-17, 2025. (*Id.* ¶ 5.) Defense counsel therefore requests a continuance of the deadline to file an amended answer or a statement of intent until Congress has restored appropriations to the Department, and Department of Justice attorneys are permitted to resume their usual civil litigation functions. (*Id.* ¶ 6.) If the request is granted, defense counsel will notify the Court as soon as Congress has appropriated funds for the Department or enacted a continuing resolution and will file an amended answer or statement of intent as soon as practicable after his return. (*Id.* ¶ 7.)

Plaintiff has not yet had an opportunity to file a response, but the Court finds a response is unnecessary. The motion is deemed submitted. Local Rule 230(l).

Having considered the motion, the Court finds good cause to grant the requested continuance. Fed. R. Civ. P. 6(b). Plaintiff will not be prejudiced by the continuance granted here. Accordingly, Defendant's motion for a continuance of its deadline to file an amended answer to Plaintiff's second amended complaint or a statement notifying the Court that Defendant intends to stand on its answer filed on February 11, 2021, (ECF No. 83), is GRANTED.

IT IS SO ORDERED.

Dated: __October 8, 2025__                    /s/ *Barbara A. McAuliffe*  _
                                              UNITED STATES MAGISTRATE JUDGE