1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

### EASTERN DISTRICT OF CALIFORNIA

10

11

SCOTT BARBOUR,

12                    Plaintiff,

13        v.

14    UNITED STATES OF AMERICA,

15                    Defendant.

16

17

Case No.  1:18-cv-00246-JLT-BAM (PC)

ORDER DENYING PLAINTIFF'S MOTION FOR COURT ORDER INSTRUCTING CLERK TO PROVIDE PLAINTIFF WITH A COPY OF THIS DISTRICT'S LOCAL RULES WITHOUT PREPAYMENT OF COSTS

(ECF No. 86)

18        Plaintiff Scott Barbour ("Plaintiff") is a federal prisoner proceeding *pro se* and *in forma*

19    *pauperis* in this civil rights action pursuant to the Federal Tort Claims Act ("FTCA").  This action

20    proceeds on Plaintiff's FTCA claim against Defendant United States of America ("Defendant")

21    regarding failure to patrol the recreation yard prior to a race riot that occurred at United States

22    Penitentiary Atwater on July 24, 2015.

23        On September 29, 2025, the Court granted Defendant's partial motion to dismiss and

24    denied Defendant's motion for summary judgment. (ECF No. 82.) The Court directed Defendant,

25    pursuant to Federal Rule of Civil Procedure 12(a)(4), to file an amended answer to the second

26    amended complaint or a statement notifying the Court that Defendant intends to stand on the

27    answer filed on February 11, 2021.  The Court indicated that following the filing of Defendant's

28    amended answer or statement, this matter shall proceed to a bench trial on Plaintiff's FTCA

1

1    claim. (*Id.*)

2         On October 8, 2025, the Court granted Defendant an extension of time to file an amended

3    answer or statement of intent due to a lapse in appropriations that have been funding the

4    Department of Justice. (ECF No. 84.)

5         Currently before the Court is Plaintiff's motion for an order instructing the Clerk of the

6    Court to provide Plaintiff with a copy of the Local Rules without prepayment of costs. (ECF No.

7    86.) Plaintiff asserts that he is incarcerated at a federal facility that has been on some form of

8    lockdown for nearly two years, and he rarely has access to the institution's electronic law library.

9    Plaintiff asserts that he often has had to draft pleadings without the benefit of conducting legal

10   research and/or consulting this Court's Local Rules. (*Id.*) Plaintiff contends that he could benefit

11   by having a copy of the Local Rules, but he cannot afford to prepay the costs for a copy. (*Id.*)

12        Plaintiff is advised that the Court generally does not send litigants free copies of rules or

13   case law, and any deviation from that standard practice represents an exception that must be

14   justified. Copies of the Court's Local Rules should be available to Plaintiff from the law library

15   at his institution, which Plaintiff acknowledges. At the present time, the Court has not set a trial

16   date or related pretrial deadlines, and it will not do so until after Defendant has notified the Court

17   that Congress has appropriated funds for the Department of Justice or enacted a continuing

18   resolution and Defendant has filed an amended answer or statement of intent. (*See* ECF No. 84.)

19   Once the matter is set for trial, Plaintiff then will be provided with a courtesy copy of Local Rule

20   281 regrading pretrial statements.

21        Accordingly, Plaintiff's motion for a court order instructing the Clerk of the Court to

22   provide Plaintiff with a copy of the Local Rules without prepayment of costs, (ECF No. 86), is

23   DENIED.

    IT IS SO ORDERED.

25       Dated:  **October 15, 2025**          /s/ *Barbara A. McAuliffe*

26                                 UNITED STATES MAGISTRATE JUDGE