1

2

3

4

5

6

7 **UNITED STATES DISTRICT COURT**

8 EASTERN DISTRICT OF CALIFORNIA

9

10 SCOTT BARBOUR,                             Case No.  1:18-cv-00246-JLT-BAM (PC)

11              Plaintiff,                    ORDER RESETTING DEADLINE FOR
                                             DEFENDANT TO FILE RESPONSE TO
12       v.                                  PLAINTIFF'S MOTION TO ALTER OR
                                             AMEND JUDGMENT OR
13 UNITED STATES OF AMERICA,                 ALTERNATIVELY TO ISSUE
                                             PRELMINARY INJUNCTION REGARDING
14              Defendant.                    DISCOVERY MATERIAL

15                                           (ECF No. 85)

16                                           **TWENTY-ONE (21) DAY DEADLINE**

17

18       Plaintiff Scott Barbour ("Plaintiff") is a federal prisoner proceeding *pro se* and *in forma*

19 *pauperis* in this civil rights action pursuant to the Federal Tort Claims Act ("FTCA").  This action

20 proceeds on Plaintiff's FTCA claim regarding failure to patrol the recreation yard prior to a race

21 riot that occurred at United States Penitentiary Atwater on July 24, 2015.

22       On September 29, 2025, the Court granted Defendant's partial motion to dismiss, denied

23 Defendant's motion for summary judgment, and directed Defendant to file an amended answer to

24 the second amended complaint or a statement notifying the Court that Defendant intends to stand

25 on the answer filed on February 11, 2021.  (ECF No. 82.)

26       On October 7, 2025, Defendant filed a motion for continuance of its deadline to respond

27 to the Court's order, in light of the lapse of appropriations funding the Department of Justice due

28 to the shutdown of the federal government.  (ECF No. 83.)  The Court found good cause to grant

1

1    the requested continuance to allow defense counsel to notify the Court as soon as Congress had

2    appropriated funds for the Department of Justice or enacted a continuing resolution.  (ECF No.

3    84.)

4        On October 14, 2025, while awaiting Defendant's response, Plaintiff filed a motion to

5    alter or amend judgment or alternatively to issue a preliminary injunction regarding discovery

6    material.  (ECF No. 85.)

7        On November 25, 2025, Defendant filed a notice of intent to stand on the answer filed on

8    February 11, 2021.  (ECF No. 82.)

9        As the lapse of appropriations has now ended, the Court finds it appropriate to reset the

10    deadline for the filing of Defendant's response to Plaintiff's motion.

11        Accordingly, IT IS HEREBY ORDERED as follows:

12    1.  Defendant's opposition or response, if any, to Plaintiff's motion to alter or amend

13        judgment, or alternatively to issue preliminary injunction regarding discovery material,

14        (ECF No. 85), is due within **twenty-one (21) days** from the date of service of this order;

15        and

16    2.  Plaintiff's reply brief, if any, is due within **fourteen (14) days** after the filing of

17        Defendant's opposition or other response.

18
19    IT IS SO ORDERED.

20    Dated:   __December 1, 2025__            ___/s/ Barbara A. McAuliffe___

21                                    UNITED STATES MAGISTRATE JUDGE

22

23

24

25

26

27

28

                                    2