# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT BARBOUR,<br><br>                    Plaintiff,<br><br>        v.<br><br>UNITED STATES OF AMERICA,<br><br>                    Defendant. | Case No.  1:18-cv-00246-JLT-BAM (PC)<br><br>ORDER SETTING TELEPHONIC STATUS CONFERENCE<br><br>**Date:  April 22, 2026**<br>**Time:  9:30 a.m.** |

Plaintiff Scott Barbour ("Plaintiff") is a federal prisoner proceeding *pro se* and *in forma pauperis* in this civil action pursuant to the Federal Tort Claims Act ("FTCA") against Defendant United States of America.

On September 29, 2025, the Court granted Defendant's partial motion to dismiss and denied Defendant's motion for summary judgment.  (ECF No. 82.)  This case is now ready to be set for a bench trial on Plaintiff's FTCA claim regarding failure to patrol the recreation yard prior to a race riot that occurred at USP Atwater on July 24, 2015.

The Court will set a telephonic status conference for April 22, 2026, at 9:30 a.m. to discuss setting the relevant deadlines and bench trial date before District Judge Jennifer L. Thurston.

Accordingly, it is HEREBY ORDERED as follows:

1.  A telephonic status conference is set for **April 22, 2026, at 9:30 a.m.** before the

1

undersigned in Courtroom 8 (BAM);

2. The parties shall appear **telephonically (via Zoom)**;

3. Defense counsel shall contact Courtroom Deputy, Esther Valdez, at (559) 499-5788 or evaldez@caed.uscourts.gov for the Zoom dial-in information for all parties;

4. **Defense counsel is required to arrange for Plaintiff's participation by contacting the Litigation Coordinator at the institution where Plaintiff is housed to provide the necessary dial-in information and confirm whether the institution is able to produce Plaintiff for a telephonic appearance at the scheduled date and time**;

5. If the institution is unable to produce Plaintiff for a telephonic appearance at the scheduled date and time, defense counsel shall so inform the Court by no later than **March 24, 2025**; and

6. The Court will issue any necessary transportation writ in due course.

IT IS SO ORDERED.

Dated:    **February 9, 2026**              /s/ *Barbara A. McAuliffe*
                                        UNITED STATES MAGISTRATE JUDGE

2