# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT BARBOUR,<br><br>            Plaintiff,<br><br>      v.<br><br>UNITED STATES OF AMERICA,<br><br>            Defendant. | Case No.  1:18-cv-00246-JLT-BAM (PC)<br><br>AMENDED ORDER SETTING<br>TELEPHONIC STATUS CONFERENCE<br><br>**Date:  April 22, 2026**<br>**Time:  9:30 a.m.** |

Plaintiff Scott Barbour ("Plaintiff") is a former federal prisoner proceeding *pro se* and *in forma pauperis* in this civil action pursuant to the Federal Tort Claims Act ("FTCA") against Defendant United States of America. This case is now ready to be set for a bench trial on Plaintiff's FTCA claim regarding failure to patrol the recreation yard prior to a race riot that occurred at USP Atwater on July 24, 2015.

On February 9, 2026, the Court issued an order setting this matter for a telephonic status conference for April 22, 2026, at 9:30 a.m. to discuss setting the relevant deadlines and bench trial date before District Judge Jennifer L. Thurston.  (ECF No. 93.)  In that order, the Court directed defense counsel to contact the Courtroom Deputy for the Zoom dial-in information for all parties.  The Court also directed defense counsel to arrange for Plaintiff's participation by contacting the Litigation Coordinator at the institution where Plaintiff was housed to provide the necessary dial-in information and to confirm whether the institution was able to produce Plaintiff

for a telephonic appearance at the scheduled date and time.  (*Id.*)

On March 10, 2026, Plaintiff filed a notice of change of address, which indicates that he has been released from prison, and his address has changed.  (ECF No. 94.)  As Plaintiff is no longer in custody, the Court finds it appropriate to issue an amended order regarding the telephonic status conference.

Accordingly, it is HEREBY ORDERED as follows:

1. A telephonic status conference is set for **April 22, 2026, at 9:30 a.m.** before the undersigned in Courtroom 1 (BAM);

2. The parties shall appear **telephonically (via Zoom)**;

3. Plaintiff and counsel for Defendant shall each contact Courtroom Deputy Corina Lopez Amador at (559) 499-5613 or clopez@caed.uscourts.gov for the Zoom dial-in information, including any necessary passcodes.

IT IS SO ORDERED.

Dated:    **March 29, 2026**              /s/ *Barbara A. McAuliffe*
                                         UNITED STATES MAGISTRATE JUDGE