# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

SCOTT BARBOUR,

      Plaintiffs,

    v.

UNITED STATES OF AMERICA,

      Defendants.

Case No.  1:18-cv-00246-JLT-BAM

ORDER FOLLOWING SETTLEMENT CONFERENCE, VACATING DATES, AND DIRECTING PARTIES TO FILE DISPOSITIVE DOCUMENTS

**FORTY-FIVE DAY DEADLINE**

The Court conducted a settlement conference in this action before the undersigned on May 28, 2026, at which the parties reached a settlement agreement.  Therefore, the Court will vacate all dates and order the parties to file dispositive documents within forty-five (45) days.

Based upon the settlement of this action, it is HEREBY ORDERED that:

1.    All pending matters and dates in this action are VACATED; and

2.    The parties shall file dispositional documents within **forty-five (45) days** of entry of this order.  Any request for an extension for filing dispositional documents must be supported by good cause.  L.R. 160(b).

IT IS SO ORDERED.

Dated:  **May 28, 2026**

           STANLEY A. BOONE
           United States Magistrate Judge

1