# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SCOTT BARBOUR,

             Plaintiff,

    v.

UNITED STATES OF AMERICA,

             Defendant.

Case No.  1:18-cv-00246-JLT-BAM (PC)

ORDER REGARDING STIPULATION FOR DISMISSAL WITH PREJUDICE

(ECF No. 106)

Plaintiff Scott Barbour ("Plaintiff") is a former federal inmate proceeding *pro se* and *in forma pauperis* in this civil action pursuant to the Federal Tort Claims Act against Defendant United States of America.

Currently before the Court is a stipulation for dismissal of this action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), filed by defense counsel on June 8, 2026.  (ECF No. 106.)  The stipulation is signed and dated by Plaintiff and counsel for Defendant and indicates that each party shall bear its own litigation costs and attorney's fees.

Accordingly, this action is terminated by operation of law without further order from the Court.  Fed. R. Civ. P. 41(a)(1)(A)(ii).  The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:  __**June 10, 2026**__              /s/ *Barbara A. McAuliffe*
                                    UNITED STATES MAGISTRATE JUDGE

1